**JENNA L. MOONEY, OSB #99324**
jennamooney@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2300
Portland, Oregon 97201
Telephone: 503-276-5834
Fax: 503-778-5299
Email: jennamooney@dwt.com

    Attorneys for Plaintiff

Of Counsel to:
BINDER AND BINDER, P.C.
Attorneys for John R. Taylor
215 Park Avenue South, 6th Floor
New York, New York 10003
Phone: 212-677-6801
Fax: 646-273-2196
Email: fedcourt@binderandbinder.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| **JOHN R. TAYLOR,**<br><br>                    **PLAINTIFF,**<br><br>v.<br><br>**MICHAEL J. ASTRUE,**<br>**COMMISSIONER OF**<br>**SOCIAL SECURITY,**<br><br>                    **DEFENDANT.** [1] | Case No. 3-06-cv-6187-ST<br><br><u>STIPULATION AND</u><br><u>ORDER REGARDING</u><br><u>ATTORNEY FEES</u> |

---

[1] On February 12, 2007, Michael J. Astrue became Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should therefore be substituted for Jo Anne B. Barnhart as Defendant.

PAGE 1- STIPULATION AND ORDER REGARDING ATTORNEY FEES

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff, JOHN R. TAYLOR, and counsel for Defendant, the COMMISSIONER OF SOCIAL SECURITY, that Plaintiff's counsel, Binder and Binder, is awarded $5,904.38 (Five Thousand Nine Hundred Four Dollars and Three-Eight Cents) in attorney fees plus $350.00 (Three Hundred Fifty Dollars and Zero Cents) in court costs in full satisfaction of any claim for fees, costs and other expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated:  Portland, Oregon
        March 29, 2007

/s/ Jenna L. Mooney
Jenna L. Mooney
Davis Wright Tremaine, LLP
Attorneys for John R. Taylor
1300 SW Fifth Avenue
Suite 2300
Portland, OR 97201-5630
Phone: (503) 276-5834
Fax: (503) 778-5299
Email: jennamooney@dwt.com
BAR#: OSB 99324

Of Counsel to:
BINDER AND BINDER, P.C.
Attorneys for John R. Taylor
215 Park Avenue South, 6th Floor
New York, New York 10003
Phone: 212-677-6801
Fax: 646-273-2196
Email: fedcourt@binderandbinder.com

Portland, Oregon  
March 29, 2007

          KARIN J. IMMERGUT  
          United States Attorney

          NEIL J. EVANS  
          Assistant U.S. Attorney

          MICHAEL McGAUGHRAN  
          Regional Chief Counsel, Seattle, Region X

By:   /s/ Jeffrey Hugh Baird  
      Jeffrey Hugh Baird, Esq  
      Special Assistant U.S. Attorney  
      of Attorneys for the Defendant

**SO ORDERED:**

Dated: _____  
Portland, Oregon

_____  
Honorable Janice M. Stewart  
United States Magistrate Judge

PAGE 3- STIPULATION AND ORDER REGARDING ATTORNEY FEES

# CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing STIPULATION AND ORDER REGARDING ATTORNEY FEES on:

Jeffrey Hugh Baird
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, WA 95104-7075
Telephone: 206-615-2205
Facsimile: 206-615-2531
Email: jeffrey.h.baird@ssa.gov

Neil J. Evans
Assistant United States Attorney, District of Oregon
1000 Southwest Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone 503-727-1053
Facsimile 503-727-1117
Email neil.evans@usdoj.gov
   Of Attorneys for Defendant

☒ by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to said attorney's last-known address and deposited in the U.S. mail on the date set forth below;

☐ by causing a copy thereof to be hand-delivered to said attorney's address as shown above on the date set forth below;

☐ by sending a copy thereof via overnight courier in a sealed, prepaid envelope, addressed to said attorney's last-known address on the date set forth below;

☐ by faxing a copy thereof to said attorney at his/her last-known facsimile number on the date set forth below; or

☐ by emailing a copy thereof to said attorney at his/her last-known email address as set forth above.

Dated this 29th day of March 2007.


| | |
|---|---|
| 1 | DAVIS WRIGHT TREMAINE LLP |
| 2 | By /s/ Jenna L. Mooney |
| 3 | Jenna L. Mooney<br>OSB #99324 |
| 4 | Telephone: (503) 276-5834<br>Facsimile: (503) 778-5299 |
| 5 | jennamooney@dwt.com |
| 6 | |
| 7 | Of Counsel to: |
| 8 | Binder and Binder, P.C. |
| 9 | Telephone: (212) 677-6801<br>Facsimile: (646) 273-2196 |
| 10 | fedcourt@binderandbinder.com<br>Attorneys for Plaintiff Janeth Beal |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |